Slip Op. 07- **81**

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. f/k/a ROCKWELL AUTOMATION/ ALLEN-BRADLEY CO., LLC, : : : : | |
| Plaintiff, : | |
| v. : | Before: Richard K. Eaton, Judge |
| UNITED STATES, : | Court No. 03-00007 |
| Defendant. : | |

## JUDGMENT

Upon consideration of the parties' response to the court's Opinion and Order of May 7, 2007 (Slip Op. 07-67), it is hereby

ORDERED that the subject merchandise identified on the commercial invoices as "short body timer" model numbers 700-HR52TA17B; 700-HR52TU24B; 700-HRC12TA17B; 700-HRC12TU24B; 700-HRM12TU24B and 700-HRM12TA17B is classified under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 8536.49.00; and it is further

ORDERED that the U.S. Customs and Border Protection shall re-liquidate the subject entries reflecting that the above-listed short body timers be classified under HTSUS subheading 8536.49.00 and pay refunds to plaintiff, together with interest as provided by law.

|  |  |
|---|---|
| | /S/    Richard K. Eaton |
| Dated: May 22, 2007<br>New York, New York | Judge |

## NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble<br>Clerk of the Court

Date: _____  By: _____
                                                                                    Deputy Clerk